## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MERLE KITCHEN and LAURA KITCHEN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-25-1385-R |
| STATE FARM FIRE AND CASUALTY COMPANY and DUSTY TREAT AGENCY, LLC., | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendant State Farm Fire and Casualty Company's Motion to Dismiss Plaintiffs' Petition [Doc. No. 6]. During the pendency of the Motion, Plaintiffs filed an Amended Complaint [Doc. No. 9]. This Amended Complaint "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted).

Defendant's Motion to Dismiss [Doc. No. 6] is therefore DENIED without prejudice to resubmission, if appropriate.

IT IS SO ORDERED this 24th day of December, 2025.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE